**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Guillermo ATONDO–CASTANEDA,**
**Defendant–Appellant.**

**No. 13–10151.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 18, 2014.*

Filed Oct. 27, 2014.

Mark S. Kokanovich, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

David Eisenberg, I, Esquire, David Eisenberg, PLC, Phoenix, AZ, for Defendant–Appellant.

Guillermo Atondo–Castaneda, Big Spring, TX, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: HUG, FARRIS, and CANBY, Circuit Judges.

## MEMORANDUM **

Guillermo Atondo–Castaneda appeals from the district court's judgment and challenges his guilty-plea conviction and 87–month sentence for conspiracy to possess with intent to distribute 50 grams or more of actual methamphetamine, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Atondo–Castaneda's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Atondo–Castaneda the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Atondo–Castaneda has waived his right to appeal his conviction and 87–month sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir.2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

Before: HUG, FARRIS, and CANBY, Circuit Judges.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

